**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6165**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH D. BEVERLY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. M. Hannah Lauck, Magistrate Judge. (3:05-cr-00526-HEH-1)

Submitted: July 30, 2009                    Decided: August 4, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth D. Beverly, Appellant Pro Se. Gurney Wingate Grant II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth D. Beverly appeals the district court's order denying his request for documents pursuant to the Freedom of Information Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Beverly, No. 3:05-cr-00526-HEH-1 (E.D. Va. Nov. 24, 2008). We deny Beverly's motions for appointment of counsel, to compel production of exculpatory evidence, to compel immediate release, to terminate forfeiture order, for mandamus, and to correct sanctions. We grant Beverly's motions to file supplemental informal briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED